JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES R. COOKS, | ) | Case No. CV 15-7542-BRO (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DAVID M. THOMPSON, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed without prejudice.

Dated: September 2, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE